# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN EDWARD NASH,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 75826

**FILED**

JUN 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a motion to recalculate jail time credits. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. No final disposition was reached by the district court on the motion. Rather, the district court vacated the matter. Thus, there has not been a final appealable decision on the motion. *See* NRS 177.0155(3). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc: Hon. Susan Johnson, District Judge
John Edward Nash
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

